IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Edmunds, Rebecca B | Case Number:  05 B 39201 |
| | Judge:  Hollis, Pamela S |
| Printed:  8/5/08 | Filed:  9/22/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: June 26, 2008
Confirmed: December 12, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 43,777.58 | |
| Secured: | | 4,261.01 |
| Unsecured: | | 30,747.86 |
| Priority: | | 0.00 |
| Administrative: | | 2,100.00 |
| Trustee Fee: | | 2,084.83 |
| Other Funds: | | 4,583.88 |
| Totals: | 43,777.58 | 43,777.58 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Kenneth J Chapman | Administrative | 2,100.00 | 2,100.00 |
| 2. | Honda Finance Services | Secured | 4,261.01 | 4,261.01 |
| 3. | ECast Settlement Corp | Unsecured | 1,725.74 | 1,752.02 |
| 4. | Kohl's/Kohl's Dept Stores | Unsecured | 1,426.95 | 1,448.68 |
| 5. | ECast Settlement Corp | Unsecured | 4,847.91 | 4,921.74 |
| 6. | ECast Settlement Corp | Unsecured | 1,684.13 | 1,709.78 |
| 7. | Honda Finance Services | Unsecured | 17.83 | 18.10 |
| 8. | Von Maur | Unsecured | 594.84 | 603.90 |
| 9. | Pier 1 Imports Inc | Unsecured | 1,518.48 | 1,541.60 |
| 10. | Capital One | Unsecured | 813.98 | 826.38 |
| 11. | Capital One | Unsecured | 1,195.27 | 1,213.47 |
| 12. | Capital One | Unsecured | 2,826.03 | 2,869.07 |
| 13. | Jefferson Capital | Unsecured | 9,217.51 | 9,357.88 |
| 14. | Capital One | Unsecured | 1,524.95 | 1,548.17 |
| 15. | B-Line LLC | Unsecured | 2,893.01 | 2,937.07 |
| 16. | Direct Merchants Bank | Unsecured | | No Claim Filed |
| 17. | Emerge | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 36,647.64 | $ 37,108.87 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 544.06 |
| 5% | 192.05 |
| 4.8% | 390.09 |
| 5.4% | 754.45 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Edmunds, Rebecca B

Printed: 8/5/08

Case Number: 05 B 39201
Judge: Hollis, Pamela S
Filed: 9/22/05

                      6.5%                    204.18
                                              _____
                                     $ 2,084.83

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                  Marilyn O. Marshall, Trustee, by:

                                  _____